E. Cook, for appellant. J. J. Freschi, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MORLEY, Respondent, v. COMBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by May L. Morley against Saloma E. Combs.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents, upon the ground that the sending or delivery of letters by the wife to the husband was not a publication of the libel, such as to enable the plaintiff to maintain the action.

MOSLER SAFE CO., Respondent, v. MAIDEN LANE SAFE DEPOSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Action by the Mosler Safe Company against the Maiden Lane Safe Deposit Company. A. A. Wheat, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MOTLEY GREEN & CO. v. ELMENHORST et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Motley Green & Co. against Frederick W. Elmenhorst and others. No opinion. Application granted. Order signed.

MUIR v. MUIR. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George A. Muir against Elizabeth M. Muir. No opinion. Motion to dismiss appeal granted. Order filed.

MULLANEY, Respondent, v. KINGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Thomas P. Mullaney against Edward A. Kingston. No opinion. Judgment and order affirmed, with costs. See, also, 121 N. Y. Supp. 1140.

MULLEN, Respondent, v. AMERICAN TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department.' March 29, 1910.) Action by Maude Gordon Mullen against the American Tobacco Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not guilty of actionable negligence.

MULLER v. ARISTOCRATIC PUB. CO. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Adrian H. Muller against the Aristocratic Publishing Company. S. N. Carr, for plaintiff. I. N. Jacobson, for defendant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 926, 117 N. Y. Supp. 1141.

MULLER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by John Muller against the Brooklyn Heights Railroad Company. No opinion. Motion denied, without costs. See, also, 122 N. Y. Supp. 1137.

MUNCH, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Mary Munch against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

MUNDY v. GREGORY et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by William Mundy against Howard Gregory and others. No opinion. Motion granted, with $10 costs. Order filed.

MURDOCK, Respondent, v. LEEMING et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Harvey Murdock against Thomas L. Leeming and the Brooklyn Trust Company, as executors, etc., of Leonard J. Busby, deceased, and others. No opinion. Motion for stay granted, without costs.

In re MURPHY et al. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) In the matter of Theresa Murphy, Catherine Kenny, surviving executrix of Patrick Kenny, deceased, and others. No opinion. Decree of the Surrogate's Court of Kings county affirmed, without costs.

MURPHY, Respondent, v. DEMPSEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Joseph Murphy against Dominick E. Dempsey. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified is, together with the order, affirmed, without costs of this appeal to either party.

MURPHY, Respondent, v. JOHN HOFMAN CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by William E. Murphy against the John Hofman Company. PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to serve answer in 20 days, on payment of costs in this court and at Special Term.

HOUGHTON, J., dissents.

MURRAY v. DEVANNEY et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Joseph Murray against Owen Devanney and others. With this